Mary E. Anderson, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

mission which denies compensation in a worker's compensation case. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Farah DAEE, Claimant–Appellant,**

v.

**DRURY'S LTD., Employer–Respondent.**

**No. 57783.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 24, 1990.

John J. Larsen, Jr., St. Louis, for claimant-appellant.

Preston E. Roskin, Clayton, for employer-respondent.

## ORDER

Employee appeals from a final order by the Labor and Industrial Relations Com-